IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GUSTAVO MANCUSO,

    Plaintiff,

  v.

WALGREEN CO,

    Defendant.

                                  /

No. C 12-03696 WHA

**ORDER TO SHOW CAUSE AND VACATING HEARING**

    Defendant Walgreen Co., filed a motion to dismiss on July 19, 2012. Pursuant to Civil Local Rule 7-3, plaintiff's opposition or statement of non-opposition thereto was due August 2. None was received. Plaintiff Gustavo Mancuso is hereby **ORDERED TO SHOW CAUSE** why the action should not be dismissed for failure to prosecute. Plaintiff must file a written response to this order by **AUGUST 16, 2012**. If no response is filed, defendant's motion to dismiss may be granted. The motion hearing set for September 6, 2012, is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: August 9, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE