IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO MANCUSO,<br><br>Plaintiff,<br><br>v.<br><br>WALGREEN CO,<br><br>Defendant.<br>_____ / | No. C 12-03696 WHA<br><br>**ORDER FINDING GOOD CAUSE SHOWN AND SETTING BRIEFING SCHEDULE AND HEARING** |

Plaintiff Gustavo Mancuso timely responded to the order to show cause why the action should not be dismissed for failure to prosecute and appended his opposition brief. Plaintiff states that Civil Local Rule 7-3 provides that "any opposition to a motion must be served and filed not less than 21 days before the hearing date." This version of Rule 7-3 is outdated. The current version of the rule state, "the opposition must be filed and served not more than 14 days after the motion was filed." Good cause having been shown, the opposition brief is deemed filed as of today. The reply is due August 27, 2012. The motion hearing is set for **8 A.M. ON SEPTEMBER 27, 2012**.

**IT IS SO ORDERED.**

Dated: August 20, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE